ACCEPTED
14 13 00824 CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 5:32:46 PM
CHRISTOPHER PRINE
CLERK

No. 14-13-00824-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 5:32:46 PM
CHRISTOPHER A. PRINE
————————————Clerk

IN THE
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

**TAMIMI GLOBAL COMPANY, LTD,**

*Appellant/Cross Appellee,*

**v.**

**KELLOGG BROWN & ROOT, L.L.C., KELLOGG BROWN & ROOT INTERNATIONAL, INC., AND KELLOGG BROWN & ROOT SERVICES, INC.,**

*Appellees/Cross-Appellants.*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING**

Nicholas A. Simms
State Bar No. 00794637
nsimms@porterhedges.com
Kerry M. McMahon
State Bar No. 00797053
David W. Salton
State Bar No. 24062983
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6659
Facsimile: (713) 226-6259

*Attorneys for Appellees and Cross-Appellants*

**TO THE HONORABLE FOURTEENTH COURT OF APPEALS:**

Pursuant to the Texas Rules of Appellate Procedure, Appellees and Cross-Appellants Kellogg Brown & Root, L.L.C., Kellogg Brown & Root International, Inc., and Kellogg Brown & Root Services, Inc. (collectively "KBR") file this Unopposed Motion for Extension of Time to file their Motion for Rehearing, and would respectfully show the Court as follows:

## A.    The Present Deadline

The court of appeals issued its opinion and judgment in this case on October 29, 2015. Under the Texas Rules of Appellate Procedure, any motion for rehearing in the case is due on or before November 13, 2015. *See* TEX. R. APP. P. 49.1.

## B.    The Length of the Extension Sought

KBR seeks a ten day extension of time in which to file its motion for rehearing. Specifically, KBR requests an extension from November 13, 2015, through and including November 23, 2015.

## C.    Number of Previous Extensions Granted

This is the first extension KBR has requested to file its motion for rehearing. Tamimi Global Company, Ltd. ("Tamimi") filed its motion for rehearing on November 10, 2015. Tamimi is not opposed to KBR's request for an extension.

1

## D. Facts Explaining the Needed Extension

KBR seeks an extension of time in which to file its Motion for Rehearing due to its counsel's numerous unavoidable professional conflicts which have interfered with the ability of KBR and its counsel to meet the present filing deadline.

Specifically, counsel for KBR has been heavily involved in the following matters:

- Cause no. 2015CCV-61899-4; *Gatefront, LLC v. Buckeye Texas Hub LLC*; In the County Court at Law Number 4, Nueces County, Texas. Kerry McMahon and David Salton have been involved in preparing for hearings on a motion for summary judgment and temporary injunction;

- No. 014-15-00086-CV; *Amerigroup v. True View Surgery Center*; In the Fourteenth Court of Appeals. David Salton has been involved in preparing an appellate reply brief;

- Case No. 02-14-000-4804; *American United Ct. v. KBR*, an international arbitration. David Salton has been involved in locating and interviewing potential fact witnesses located in various countries, in addition to preparing for and participating in a preliminary hearing; and

- Case No. 01-14-0000-8487; *Najlaa International Catering Services v. Kellogg Brown & Root Services, Inc.*, an international arbitration. Nicholas Simms, Kerry McMahon, and David Salton have been preparing for and participating in the first of three scheduled hearings.

KBR's counsel has attempted to complete the motion for rehearing by the present deadline, but the above-noted conflicts have made it impossible to do so. This request is made not for improper purposes of delay, but so that justice may be done.

2

WHEREFORE, Appellees and Cross-Appellants Kellogg Brown & Root, L.L.C., Kellogg Brown & Root International, Inc., and Kellogg Brown & Root Services, Inc. respectfully requests that the Court grant this Unopposed Motion for Extension for Time to file their Motion for Rehearing, and for such other and further relief to which they may show themselves to be justly entitled to receive.

Respectfully submitted,

**PORTER HEDGES LLP**

By:/s/ Nicholas A. Simms
    Nicholas A. Simms
    State Bar No. 00794637
    nsimms@porterhedges.com
    Kerry M. McMahon
    State Bar No. 00797053
    David W. Salton
    State Bar No. 24062983
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Facsimile: (713) 228-1331

    *Attorneys for Appellees and Cross-Appellants Kellogg Brown & Root, L.L.C., Kellogg Brown & Root International, Inc., and Kellogg Brown & Root Services, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Rules 6.3 and 9.5(b), (d), and (e) of the Texas Rules of Appellate Procedure, this is to certify that on this 10th day of November 2015, a true and correct copy of the foregoing was served on the following counsel of record by U.S. first class mail and by electronic delivery as follows:

Murphy S. Klasing
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, TX 77046
*Attorneys for Appellant Tamimi Global Company Ltd.*

/s/ Nicholas A. Simms
Nicholas A. Simms

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Murphy S. Klasing, counsel for Appellant and Cross-Appellee, and he has indicated that his client is not opposed to this motion.

/s/ Nicholas A. Simms
Nicholas A. Simms

5170890v1

4